PRUDENTIAL INSURANCE COMPANY v. NATIONAL BANK OF COMMERCE.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

RAYMOND HUBBELL v. CHARLES K. HARRIS.— Sufficient excuse not having been offered for the failure to conform to the order of this court, this motion is denied. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

SAMUEL JOSEPH v. HARRY JOSEPH.— Motion for stay granted, conditioned on the prompt bringing on of the appeal from the order denying motion for leave to amend. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of SCHOOL SITE (JENNINGS STREET).— Motion granted; referred to Burt D. Whedon, Esq., referee. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

HENRY W. VAN WAGENEN v. JOHN C. FISHER.— Motion granted, unless appellant complies with terms of order. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

MORLAND MORTGAGE COMPANY v. JOHN C. FISHER.— Motion granted, unless appellant complies with terms of order. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

IDA WARONEN v. A. McMULLEN COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

CARL JUNK v. TERRY & TENCH COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of MARY SWEENY, Deceased.— Motion for preference granted for May 15, 1917. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.